AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_EASTERN_ **District of** NEW YORK

Yong Xiong He

Plaintiff (s),

V.

Vincent Chan, Wai Leung Chan, Daniel Chan, et al

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** _19 cv 5907_

Notice is hereby given that, subject to approval by the court, _China New Star Restaurant, Inc._ Vincent Chan, Wai Leung Chan, Daniel Chan substitutes

(Party (s) Name)

Yimin Chen , State Bar No. 4400735 as counsel of record in

(Name of New Attorney)

place of   Bradley S. Silverbush .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:   Law Offices of Chen & Associates, P.C.

Address:   39-15 Main Street, Suite 502, Flushing, New York 11354

Telephone:   (718) 886-4858   Facsimile (800) 490-0564

E-Mail (Optional):   mindy@ymclaw.com

I consent to the above substitution.

Date: _1/17/2020_

_Wai Chen Chan_
_Wai Leung Chen_

(Signature of Party (s)) _Daniel Ch_
_D_

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: _01/20/2020_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**