# EXHIBIT P

| NYC  DEPARTMENT  OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| **NYC  DEPARTMENT  OF FINANCE**<br>**OFFICE OF THE CITY REGISTER**<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument.The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>**2014091100614001002ED472** |

| | | |
|---|---|---|
| **RECORDING AND ENDORSEMENT COVER PAGE** | | **PAGE 1 OF 5** |

| | | |
|---|---|---|
| Document ID: **2014091100614001** | Document Date: 09-04-2014 | Preparation Date: 09-15-2014 |
| Document Type:  DEED | | |
| Document Page Count: 3 | | |

**PRESENTER:**

PIONEER ABSTRACT SERVICES CORP.
AS AGENT FOR OLD REPUBLIC
254 CANAL STREET, SUITE 2002A
NEW YORK, NY 10013
212-625-1888
PIO-1404063/OX-09390027

**RETURN TO:**

FONG & WONG, PC
254 CANAL STREET, SUITE 2002
NEW YORK, NY 10013

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 6258 | 39 | Entire Lot | 7814 16TH AVENUE |

**Property Type:**  DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or* _____ Year_____ Reel____ Page_____  *or*  File Number_____

### PARTIES

**GRANTOR/SELLER:**
GENNARO NORTESANO
7814 16TH AVENUE
BROOKLYN, NY 11214

**GRANTEE/BUYER:**
KRISTY LING FENG LI
7814 16TH AVENUE
BROOKLYN, NY 11214

☒  Additional  Parties Listed on Continuation  Page

### FEES AND TAXES

| **Mortgage :** | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 12,825.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ 3,600.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE**
**OF THE CITY REGISTER OF THE**
**CITY OF NEW YORK**

Recorded/Filed          09-24-2014 15:05
City Register File No.(CRFN):
**2014000316737**

*Annette M Hill*

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2014091100614001002CD6F2

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 5 |
|---|---|---|
| **Document ID: 2014091100614001** | Document Date: 09-04-2014 | Preparation Date: 09-11-2014 |
| Document Type: DEED | | |

**PARTIES**

**GRANTOR/SELLER:**
GRAZIELLA NORTESANO, DECEASED
7814 16TH AVENUE
BROOKLYN, NY 11214

NYRS; $3600.00

F19-1404063-RO

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the 4th day of September , 2014

**BETWEEN**
GENNARO NORTESANO, Individually and Surviving Tenant by the Entirety of GRAZIELLA NORTESANO, his wife, resided at 7814 16th Avenue, Brooklyn, New York, 11214

party of the first part, and
KRISTY LING FENG LI to be residing at 7814 16th Avenue, Brooklyn, New York, 11214q

party of the second part,
**WITNESSETH,** that the party of the first part, in consideration of

Ten dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the
Borough of Brooklyn, County of Kings and more fully described on attached legal description and made part hereto.

PREMISES known as 7814 16th Avenue, Brooklyn, New York, 11214.

PREMISES being and intended to be the same as those conveyed to the grantor herein together with his wife GRAZIELLA NORTESANO, now deceased, in deed dated 07/28/2005, recorded 09/13/2005 in CRFN#2005000509302, and in deed dated 7/27/1989 and recorded on 10/10/1989 in Reel 2432 Page 1 in the Office of the City Register, County of Kings.
SEC: 19

BLK: 6258

LOT: 39

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of  the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

GENNARO NORTESANO

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
**Form 3290**

TITLE NUMBER:  PIO-1404063

## SCHEDULE A

## (LEGAL DESCRIPTION)

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, more particularly bounded and described as follows:

BEGINNING at a point on the Northwesterly side of 16th Avenue, distant 73 feet 10 inches Northeasterly from the corner formed by the intersection of the Northeasterly side of 79th Street and the Northwesterly side of 16th Avenue;

RUNNING THENCE Northwesterly, parallel with the Northeasterly side of 79th Street and part of the distance through a party wall, 100 feet;

THENCE Northeasterly, parallel with the Northwesterly side of 16th Avenue, 26 feet 2 inches;

THENCE Southeasterly, again parallel with the Northeasterly side of 79th Street and part of the distance through a party wall, 100 feet to the Northwesterly side of 16th Avenue; and

THENCE Southwesterly and along the Northwesterly side of 16th Avenue, 26 feet 2 inches to the point or place of BEGINNING.

**FOR INFORMATION ONLY:**

Premises are also are known as:

| | |
|---|---|
| County: | Kings |
| Block: | 6258 |
| Lot: | 39 |
| Address: | 7814 16th Avenue, Brooklyn, NY |

Pioneer Abstract Services Corp.
254 Canal Street, Suite 2002A
New York, NY 10013
Tel: (212)625-1888 Fax: (212)925-2226
PioneerAbs@yahoo.com

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of  New York                    , ss:

On the **4th** day of  **September**              in the year **2014**    ,
before me, the undersigned, personally appeared
**GENNARO NORTESANO**                                        ,
personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.



LINDA HALL
Notary Public, State of New York
No. 01HA5072988
Qualified in Nassau County
Commission Expires February 24, 2015

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of                    , ss:

On the        day of              in the year        ,
before me, the undersigned, personally appeared

                                        ,
personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of                    , ss:

On the        day of              in the year        .
before me, the undersigned, a Notary Public in and for said State,
personally appeared                                        ,
the subscribing witness to the foregoing instrument, with whom I am
personally acquainted, who, being by me duly sworn, did depose and say
that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)

to be the individual described in and who executed the foregoing
instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed
his/her/their name(s) as a witness thereto

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of              , County of              , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of  **September**        in the year **2014**    ,
before me, the undersigned  personally appeared

Personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in  his/her/their capacity(ies),  that by his/her/their signature(s) on
the instrument, the individual(s) or the person upon behalf of which the
individual(s) acted, executed the instrument, and that such individual
make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other
place the acknowledgement was taken).

# Bargain and Sale Deed
# With Covenants

**Title No.  PIO-1404063-K**

**GENNARO NORTESANO**
**TO**
**KRISTY LING FENG LI**

SECTION: **19**

BLOCK:  **6258**

LOT:  **39**

COUNTY OR TOWN:  **KINGS COUNTY**

RETURN BY MAIL TO:

DISTRIBUTED BY

YOUR TITLE EXPERTS
The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396

FONG & WONG, ESQS.
254 CANAL STREET, SUITE 2002
NEW YORK, NEW YORK 10013

| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** |  |
|---|---|

**2014091100614001002S1AF3**

| | **SUPPORTING DOCUMENT COVER PAGE** | **PAGE 1 OF 1** |
|---|---|---|

**Document ID: 2014091100614001**          Document Date: 09-04-2014          Preparation Date: 09-11-2014
Document Type: DEED

**ASSOCIATED TAX FORM ID:**   2014090400517

**SUPPORTING DOCUMENTS SUBMITTED:**

Page Count

RP - 5217 REAL PROPERTY TRANSFER REPORT                                                              3

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

**RP - 5217NYC**

**FOR CITY USE ONLY**
C1. County Code
C2. Date Deed Recorded ___/___/___ (Month/Day/Year)
C3. Book ___ C4. Page ___
OR
C5. CRFN ___

## PROPERTY INFORMATION

**1. Property Location** 7814 16TH AVENUE BROOKLYN 11214
(STREET NUMBER / STREET NAME / BOROUGH / ZIP CODE)

**2. Buyer Name** LI (LAST NAME / COMPANY) KRISTY LING FENG (FIRST NAME)

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)

**4. Indicate the number of Assessment Roll parcels transferred on the deed** 1 # of Parcels OR ☐ Part of a Parcel
4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size** ___ FRONT FEET X ___ DEPTH OR ___ ACRES
Check the boxes below as they apply:
6. Ownership Type is Condominium ☐
7. New Construction on Vacant Land ☐

**8. Seller Name** NORTESANO (LAST NAME / COMPANY) GENNARO (FIRST NAME)
GRAZIELLA NORTESANO, DECEASED (LAST NAME / COMPANY) (FIRST NAME)

**9. Check the box below which most accurately describes the use of the property at the time of sale:**
A ☐ One Family Residential
B ☑ 2 or 3 Family Residential
C ☐ Residential Vacant Land
D ☐ Non-Residential Vacant Land
E ☐ Commercial
F ☐ Apartment
G ☐ Entertainment / Amusement
H ☐ Community Service
I ☐ Industrial
J ☐ Public Service

## SALE INFORMATION

**10. Sale Contract Date** 4 / 1 / 2014 (Month/Day/Year)

**11. Date of Sale / Transfer** 9 / 4 / 2014 (Month/Day/Year)

**12. Full Sale Price** $ 9,00,000

(Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) Please round to the nearest whole dollar amount.

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**
A ☐ Sale Between Relatives or Former Relatives
B ☐ Sale Between Related Companies or Partners in Business
C ☐ One of the Buyers is also a Seller
D ☐ Buyer or Seller is Government Agency or Lending Institution
E ☐ Deed Type not Warranty or Bargain and Sale (Specify Below)
F ☐ Sale of Fractional or Less than Fee Interest (Specify Below)
G ☐ Significant Change in Property Between Taxable Status and Sale Dates
H ☐ Sale of Business is Included in Sale Price
I ☐ Other Unusual Factors Affecting Sale Price (Specify Below)
J ☑ None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** B 1
**16. Total Assessed Value** (of all parcels in transfer) 3,5,7,5,2

**17. Borough, Block and Lot / Roll Identifier(s)** (If more than three, attach sheet with additional identifier(s))
BROOKLYN 6258 39

| CERTIFICATION | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments. |

| BUYER | | BUYER'S ATTORNEY | |
|---|---|---|---|
| | 9/4/2014 | | |
| BUYER SIGNATURE | DATE | LAST NAME | FIRST NAME |
| 7814 16TH AVENUE | | 212 | 966-6668 |
| STREET NUMBER | STREET NAME (AFTER SALE) | AREA CODE | TELEPHONE NUMBER |
| | | SELLER | |
| BROOKLYN | NY | 11214 | 9/4/2014 |
| CITY OR TOWN | STATE | ZIP CODE | SELLER SIGNATURE | DATE |

2014090400517201

Form RP-5217 NYC
ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

_____    9/4/2014
Buyer Signature              Date

## SELLERS

_____    9/4/2014
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

_____    _____
Buyer Signature              Date

_____    _____
Seller Signature             Date

2014090400517201