## GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| AMY GLADSTEIN | 39 BROADWAY • SUITE 2430 | ELLEN DICHNER |
| JAMES REIF | NEW YORK, NEW YORK 10006 | ROBERT MOLOFSKY ** |
| WALTER M. MEGINNISS, JR. | (212) 228-7727 | YVONNE BROWN |
| KENT Y. HIROZAWA | FAX: (212) 228-7654 | JUDITH I. PADOW |
| BETH M. MARGOLIS | | *Of Counsel* |
| WILLIAM S. MASSEY * | | |
| AMELIA K. TUMINARO | | ** ALSO ADMITTED IN |
| KATHERINE H. HANSEN * | | WASHINGTON, D.C. |
| MICHAEL L. WINSTON | | |

JESSICA E. HARRIS

* ALSO ADMITTED IN NJ

July 7, 2020

**By E-Filing and Overnight Mail**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
Chambers N 631
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *He v. China New Star Restaurant, Inc, Et Al.*, 19-CV-05907 (PKC) (CLP)

Dear Judge Chen:

This office represents Plaintiff Yong Xiong He in the above-noted case.

Pursuant to Your Honor's Rule 1.D., we enclose a courtesy copy of Plaintiff's Supplemental Complaint which was filed today in accord with this Court's Order entered on July 7, 2020.

                    Very truly yours,

                    Michael L. Winston

Encl.

cc:    Y. Chen (by ECF and email with enclosure)
        Magistrate Judge Cheryl L. Pollak (by ECF and overnight mail with enclosure)