```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
YONG XIONG HE,

                        Plaintiff,                                  ORDER OF ATTACHMENT
        - against -                                                 19-CV-5907 (PKC) (CLP)

CHINA NEW STAR RESTAURANT, INC.,
WAI SHUN CHAN a/k/a Vincent Chan, WAI
LEUNG CHAN, WAI WEN CHAN a/k/a
Daniel Chan, PO KUM CHAN a/k/a Po Kum
Ng, RONALD CHAN, ROY CHAN, JIAZHEN
LIAO, CHING MAN HONG CHAN a/k/a
Hong Ching Man Chan, JOSEPH CHAN, and
ELTON CHAN,

                        Defendants.
----------------------------------------------------------x
```

PAMELA K. CHEN, United States District Judge:

**WHEREAS** an application has been made to the undersigned by Plaintiff Yong Xiong He, represented by attorneys Michael L. Winston and Jessica E. Harris (Gladstein, Reif & Meginniss, LLP, 39 Broadway, Suite 2430, New York, NY 10006), for an Order of Attachment against several properties of Defendants Wai Shun Chan, Wai Leung Chan, Po Kum Chan, Ching Man Hong Chan, Joseph Chan, and Elton Chan;

**WHEREAS**, after holding an evidentiary hearing on August 10, 2020, the Court found sufficient grounds for prejudgment attachment pursuant to Federal Rule of Civil Procedure 64 and New York Civil Practice Law and Rules ("CPLR") § 6201(3) to secure an amount of $599,870.85 in Plaintiff's favor and jointly and severally against Defendants Wai Shun Chan and Wai Leung Chan;

**WHEREAS** Plaintiff has posted an undertaking with a corporate surety in the sum of five hundred dollars ($500) as set by the Court in its October 22, 2020 Memorandum & Order and as required by CPLR § 6212(b); it is hereby

**ORDERED** that the Sheriff of the City of New York shall levy, in the manner prescribed by CPLR §§ 6201–26, the following properties in which Defendants have an interest:

(1) the premises known as 8804 16th Avenue, Brooklyn, New York 11214;

(2) the premises known as 6309 Strickland Avenue, Brooklyn, New York 11234; and

(3) the proceeds of the September 17, 2019 mortgage secured by the property located at 7814 16th Avenue, Brooklyn, New York 11214,

for the purpose of securing the aforesaid sum of $599,870.85 jointly and severally against Defendants Wai Shun Chan and Wai Leung Chan pending final judgment in this matter.

SO ORDERED.

*/s/ Pamela K. Chen*
Pamela K. Chen
United States District Judge

Dated: November 19, 2020
       Brooklyn, New York