# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
## COUNSELORS & ATTORNEYS AT LAW

| | |
|---|---|
| **Queens Office** | |
| 39-15 Main Street, Suite 502 | ** Yimin Chen |
| Flushing, New York 11354 | mindy@ymclaw.com |
| Tel: (718)886-1858/4858 | ***Edward W. Miller |
| Fax: (800) 490-0564 | EdMiller@ymclaw.com |
| | Beini Zhang |
| **Brooklyn Office** | betty@ymclaw.com |
| 6402 8th Avenue, Suite 604 | Binyue Xiao |
| Brooklyn, NY 11220 | *brianna@ymclaw.com |
| Tel: (347) 899-4777 | |
| Fax: (800) 490-0564 | *Admitted in NY |
| www.ymclaw.com | **Admitted in NY&NJ |
| *Please direct all correspondence to our Queens Office* | ***Admitted in NY&Ohio |

<u>VIA ECF FILING</u>                                                                                     January 23, 2021

**Hon. Pamela K. Chen**
United States District Judge
United States District Court – E.D.N.Y.
225 Cadman Plaza East
Courtroom: 4F
Chambers: N 631
Brooklyn, NY 11201

        **Re: He v. China New Star Restaurant, Inc, et al., 19-CV-05907 (PKC) (CLP)**

Dear Your Honor:

     This office represents Defendants Wai Leung Chan, Wai Shun Chan in the above-referenced case. We write to your Honor for a report on the defendants' compliance with your Honor's Order of February 18, 2021.

     Defendants Wai Leung Chan and Wai Shun Chan have not received any mortgage proceeds under the Li Mortgage following the Court's October 22, 2020 Memorandum and Order authorizing attachment of the Mortgage Proceeds. As a result, defendants have no mortgage proceeds to turn over to the Sheriff following the Court's Order of October 22, 2020.

     We thank Your Honor for your time and kind consideration of these matters.

                                                                          Respectfully submitted.

                                                                         /s/ Yimin Chen
                                                                         Yimin Chen, Esq.

<u>Cc: Via ECF</u>
    All counsel of record