# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Joshua@levinepstein.com

February 26, 2021

*Via Electronic Filing*
The Honorable Chief Magistrate Judge Pollak
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: *He v. China New Star Restaurant, Inc. et al*
       **Case No.: 1:19-cv-05907-PKC-CLP**

Dear Honorable Chief Magistrate Judge Pollak:

  This law firm represents defendants Po Kum, Ronald Chan, Roy Chan, Jiazhen Liao, Joseph Chan, Ching Man Hong, Elton Chan and the corporate defendant China New Star Restaurant, Inc. This letter is jointly submitted together with counsel for the plaintiff Yong Xiong He and counsel for the three other individual defendants, Wai Shun Chan, Wai Leung Chan, and Wai Wen Chan.

  Pursuant to Your Honor's Individual Motion Practices Rules, this letter respectfully requests an order scheduling a Court settlement conference to be held before Your Honor at any time convenient for the Court beginning after March 16, 20201. (Please note that plaintiff's counsel is unavailable for such a conference on March 30).

  By way of relevant background, a settlement conference previously scheduled before Your Honor for September 25, 2020 was canceled. [Dckt. No. 93]. No judicial settlement conference or mediation has been held. All the parties in the instant action respectfully request that Your Honor schedule a Court settlement conference as soon as practically possible for the Court.

  Thank you, in advance, for your time and attention.

               Respectfully submitted,

      By: /s/*Joshua D. Levin-Epstein*
         Joshua D. Levin-Epstein, Esq.
         Levin-Epstein & Associates, P.C.
         420 Lexington Avenue, Suite 2525
         New York, NY 10170
         Telephone: (212) 792-0046
         Email: Joshua@levinepstein.com
         *Attorneys for Defendants Po Kum,*
         *Ronald Chan, Roy Chan, Jiazhen*
         *Liao, Joseph Chan, Ching Man*

                *Hong, Elton Chan and defendant*
                *China New Star Restaurant, Inc.*

By:  /s/ Michael Winston_____
Michael L. Winston
Gladstein, Reif & Meginniss, LLP
39 Broadway, Suite 2430
New York, NY 10006
212-228-7727
Email: mwinston@grmny.com
*Attorneys for the Plaintiff Yong Xiong He*

By:  /s/Yimin Chen_____
Yimin Chen
Law Offices of Chen & Associates, P.C.
39-15 Main St
Suite 502
Flushing, NY 11354
718-886-4858
Email: chenattorney@yahoo.com
*Attorneys for the Defendants*
*Wai Shun Chan, Wai Leung Chan, Wai Wen Chan*
*and China New Star Restaurant, Inc.*

VIA ECF: All Counsel