# LEVIN-EPSTEIN & ASSOCIATES, P.C.

420 Lexington Avenue • Suite 2525 • New York, New York 10170
T: 212.792-0046 • E: Joshua@levinepstein.com

February 26, 2021

*<u>Via Electronic Filing</u>*
The Honorable District Judge Chen
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *He v. China New Star Restaurant, Inc. et al*
        <u>**Case No.: 1:19-cv-05907-PKC-CLP**</u>

Dear Honorable Judge Chen:

  This law firm represents defendants Po Kum Chan and Elton Chan. Pursuant to Your Honor's Individual Motion Practices Rule 1(G), this letter respectfully serves to apprise Your Honor of defendants Po Kum Chan's and Elton Chan's compliance with Your Honor's Order dated February 18, 2021 [Dckt. No. 115] (the "Order"). By way of relevant background, Your Honor granted defendants Po Kum Chan's and Elton Chan's motion for an extension of time to comply with the Order through and including February 26, 2021. [Dckt No.120].

  Your Honor's Order, in relevant part, ordered that:

(2) Po Kum Chan, Elton Chan, Wai Leung Chan, and Wai Shun Chan turn over to the Sheriff, within 5 days of this Order, any Mortgage Proceeds they received following the Court's October 22, 2020 Memorandum and Order authorizing attachment of the Mortgage Proceeds;

Your Honor's Order further ordered that:

(3) pursuant to CPLR § 6219, Po Kum Chan and Elton Chan, within 5 days of this Order, and Kristy Ling Feng Li, within 5 days of being served with this Order, each serve on the Sheriff a statement specifying all debts of each garnishee to Defendants Wai Shun Chan and Wai Leung Chan and when such debts are due, all property in their possession or custody in which Defendants Wai Shun Chan and Wai Leung Chan have an interest, and the amounts and value of the debts and property specified, specifically with regard to the Mortgage Proceeds.

[Dckt. No. 115].

  As set forth in defendants Wai Leung Chan's and Wai Shun Chan's letter filed February 24, 2021 [Dckt. No. 124], since the Court's issuance of an attachment order dated October 22, 2020 [Dckt No. 98], no mortgage proceeds have been paid pursuant to the mortgage in the amount of $600,000 secured against the property located at 7814 16th Ave, Brooklyn, NY.

  Furthermore, Po Kum Chan and Elton Chan have served on the Sheriff CPLR § 6219 statements.

Thank you, in advance, for your time and attention.

        Respectfully submitted,

By:   /s/*Joshua D. Levin-Epstein*
      Joshua D. Levin-Epstein, Esq.
      Levin-Epstein & Associates, P.C.
      420 Lexington Avenue, Suite 2525
      New York, NY 10170
      Telephone: (212) 792-0046
      Email: Joshua@levinepstein.com

VIA ECF: All Counsel