# GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

AMY GLADSTEIN
JAMES REIF
WALTER M. MEGINNISS, JR.
KENT Y. HIROZAWA
BETH M. MARGOLIS
WILLIAM S. MASSEY *
AMELIA K. TUMINARO
KATHERINE H. HANSEN *
MICHAEL L. WINSTON
─────────
JESSICA E. HARRIS

39 BROADWAY • SUITE 2430
NEW YORK, NEW YORK 10006
(212) 228-7727
FAX: (212) 228-7654

ELLEN DICHNER
ROBERT MOLOFSKY **
YVONNE BROWN
JUDITH I. PADOW
*Of Counsel*

** ALSO ADMITTED IN
       WASHINGTON, D.C.

* ALSO ADMITTED IN NJ

April 9, 2021

**By E-Filing and Overnight Mail**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
Chambers N 631
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>He v. China New Star Restaurant, Inc, Et Al.</u>, 19-CV-05907 (PKC) (CLP)

Dear Judge Chen:

  This office represents Plaintiff Yong Xiong He in the above-noted case.

  Pursuant to Your Honor's Rule 1.D., we enclose a courtesy copy of a Notice of Motion and accompanying Memorandum of Law, Declaration of Michael L. Winston with exhibits, and Letter to the Court, which were filed on April 9, 2021. The Motion seeks an Order (1) Setting a Court Hearing (or, in the Alternative, Permitting Disclosure), and (2) Requiring the Turnover of Funds and Service of a CPLR §6219 Statement, Including by, if Appropriate, Holding Individual Defendant(s) or Garnishee(s) in Contempt.

       Respectfully submitted,

        /s/ Michael L. Winston___
        Michael L. Winston
        Jessica E. Harris
        GLADSTEIN, REIF & MEGINNISS, LLP
        39 Broadway, Ste. 2430
        New York, NY 10006
        (212) 228-7727
        mwinston@grmny.com
        jharris@grmny.com

CC: Magistrate Judge C. Pollak (by ECF)
Counsel for All Parties (by ECF)
Kristy Ling Feng Li (by Overnight Mail)
Sheriff of the City of New York (by Overnight Mail)

Case 1:19-cv-05907-PKC-CLP   Document 135   Filed 04/09/21   Page 2 of 2 PageID #: 1326