

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

He,

        Plaintiff,

-vs-

China New Star Restaurant, Inc. et al.,

        Defendants.
----------------------------------------------------------X

Case No. 1:19-cv-05907-PKC-CLP

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
        S.S.
COUNTY OF NEW YORK)

**TIMOTHY BOTTI**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 19th day of April, 2021, at approximately the time of 11:40am, deponent served a true copy of the **COURT ORDER OF APRIL 17TH, 2021, GRANTING PLAINTIFF'S MOTION FOR A HEARING** upon **KRISTY LING FENG LI** at 7814 16th Avenue, 2nd Floor, Brooklyn, NY 11214, by personally delivering and leaving the same with **LISA LIN**, a person of suitable age and discretion at that address. At the time of service, deponent asked **LISA LIN** whether **KRISTY LING FENG LI** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

**LISA LIN** is a tan Asian female, approximately 32 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 130 pounds with black hair, dark eyes, and has an accent.

That on the 20th day of April, 2021, deponent served another copy of the foregoing upon **KRISTY LING FENG LI** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com



outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

KRISTY LING FENG LI
7814 16TH AVENUE, 2ND FLOOR
BROOKLYN, NY 11214

TIMOTHY BOTTI, #0843358

Sworn to before me this
21st day of April, 2021

NOTARY PUBLIC

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com