# GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| AMY GLADSTEIN | 39 BROADWAY • SUITE 2430 | ELLEN DICHNER |
| JAMES REIF | NEW YORK, NEW YORK 10006 | ROBERT MOLOFSKY ** |
| WALTER M. MEGINNISS, JR. | (212) 228-7727 | YVONNE BROWN |
| KENT Y. HIROZAWA | FAX: (212) 228-7654 | JUDITH I. PADOW |
| BETH M. MARGOLIS | | *Of Counsel* |
| WILLIAM S. MASSEY * | | |
| AMELIA K. TUMINARO | | ** ALSO ADMITTED IN |
| KATHERINE H. HANSEN * | | WASHINGTON, D.C. |
| MICHAEL L. WINSTON | | |
| | | |
| JESSICA E. HARRIS | | |

\* ALSO ADMITTED IN NJ

May 3, 2021

**By E-Filing**
Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>He v. China New Star Restaurant, Inc, et al.</u>, 19-CV-05907 (PKC) (CLP)

Dear Judge Pollak:

This office represents Plaintiff Yong Xiong He in the above-referenced case.

We submit this letter to inform Your Honor that the parties reached a settlement agreement on April 30, 2021, *see* Minute Entry of May 2, 2021.

We write separately from Defendants' counsel because we also need to inform the Court that Defendants have taken an action (after agreement was reached) that threatens this agreement and, we believe, requires your immediate attention. But, because this settlement issue (Defendants' action that threatens the agreement) involves settlement discussions that are arguably covered by the protective order issued by this Court on April 26, 2021, we overnighted to your chambers a separate letter that discusses this issue. *See* Local Rule 5.2, 2013 Committee Note.1 Should Your Honor desire to receive this separate letter by email, please provide the email address I should use by emailing me at mwinston@grmny.com.

Respectfully submitted,

Michael L. Winston

cc: Judge P. Chen (by ECF)
    Counsel for All Parties (by ECF)

---

1 We informed Defendants' counsel that we would be submitting this issue to Your Honor; Defendants' counsel did not object; instead, they requested that, in our letter to Your Honor, we include a copy of Defendants' counsel's April 30, 2021 letter to me – which we have attached to the overnighted letter.