# LAW OFFICES OF CHEN & ASSOCIATES, P.C.
## COUNSELORS & ATTORNEYS AT LAW

**Queens Office**
39-15 Main Street, Suite 502
Flushing, New York 11354
Tel: (718)886-1858/4858
Fax: (800) 490-0564

**Brooklyn Office**
6402 8th Ave., Suite 604
Brooklyn, NY 11220
Tel: (347) 899-4777
Fax: (800) 490-0564
www.ymclaw.com
*Please direct all correspondence to our Queens Office*

\*\* Yimin Chen
mindy@ymclaw.com
\*Feng Xia
erin@ymclaw.com
Beini Zhang
betty@ymclaw.com
\*Binyue Xiao
brianna@ymclaw.com

\*\*Admitted in NY and NJ
\*Admitted in NY

VIA ECF FILING                                                                                May 03, 2021

**Hon. Cheryl L. Pollak**
United States Magistrate Judge
United States District Court – E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re: He v. China New Star Restaurant, Inc, et al., 19-CV-05907 (PKC) (CLP)**

Dear Your Honor:

    This office represents Defendants Wai Leung Chan, Wai Shun Chan and Wai Wen Chan (the original individual defendants) in the above-referenced case. We submit this letter in response to Plaintiff's letter regarding our settlement conference.

    We have no idea what Mr. Winston wrote in his letter to you. However, what we do agree on (from what we do see from his email), is that this is a situation that could benefit from your involvement.

    We thank Your Honor for your time and kind consideration of these matters.

                                        Respectfully submitted.

                                        /s/ Edward Miller
                                        Edward W. Miller, Esq.

Cc: Via ECF
    All counsel of record