# GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| AMY GLADSTEIN | 39 BROADWAY • SUITE 2430 | ELLEN DICHNER |
| JAMES REIF | NEW YORK, NEW YORK 10006 | ROBERT MOLOFSKY ** |
| WALTER M. MEGINNISS, JR. | (212) 228-7727 | YVONNE BROWN |
| KENT Y. HIROZAWA | FAX: (212) 228-7654 | JUDITH I. PADOW |
| BETH M. MARGOLIS | | *Of Counsel* |
| WILLIAM S. MASSEY * | | |
| AMELIA K. TUMINARO | | ** ALSO ADMITTED IN |
| KATHERINE H. HANSEN * | | WASHINGTON, D.C. |
| MICHAEL L. WINSTON | | |
| JESSICA E. HARRIS | | |

\* ALSO ADMITTED IN NJ

May 5, 2021

**Via ECF**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
Chambers N 631
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: *He v. China New Star Restaurant, Inc, et al.*, 19-CV-05907 (PKC) (CLP)

Dear Judge Chen:

  This office represents Plaintiff Yong Xiong He in the above-referenced case.

  Pursuant to this Court's Order of April 27, 2021, Plaintiff hereby provides Plaintiff's list of the witnesses he expects to call at the Court hearing scheduled for May 14, 2021 at 2 p.m. The witnesses are:

  1. Wai Leung Chan (defendant);

  2. Wai Shun Chan (defendant);

  3. Po Kum Chan (defendant/garnishee);

  4. Elton Chan (defendant/garnishee);

  5. Kristy Ling Feng Li (garnishee); and,

  6. Deputy Randy Alvarado (Sheriff's Office of the City of New York).

  Also pursuant to this Court's April 27 Order, Plaintiff requests that he be allowed to serve a subpoena on each of the six individuals listed above. Drafts of the six subpoenas – with a rider

requesting documents from each of the witnesses, except from Deputy Randy Alvarado – are attached hereto as Exhibits A to F.

                                                    Respectfully submitted,

                                                    Michael L. Winston

cc:      Magistrate Judge C. Pollak (by ECF)
           Counsel for All Parties (by ECF)
           Kristy Ling Feng Li (by Overnight Mail)
           Deputy Randy Alvarado (by Overnight Mail)