## GLADSTEIN, REIF & MEGINNISS, LLP
**ATTORNEYS AT LAW**

AMY GLADSTEIN
JAMES REIF
WALTER M. MEGINNISS, JR.
KENT Y. HIROZAWA
BETH M. MARGOLIS
WILLIAM S. MASSEY *
AMELIA K. TUMINARO
KATHERINE H. HANSEN *
MICHAEL L. WINSTON

JESSICA E. HARRIS

* ALSO ADMITTED IN NJ

39 BROADWAY • SUITE 2430
NEW YORK, NEW YORK 10006
(212) 228-7727
FAX: (212) 228-7654

ELLEN DICHNER
ROBERT MOLOFSKY **
YVONNE BROWN
JUDITH I. PADOW
*Of Counsel*

** ALSO ADMITTED IN
WASHINGTON, D.C.

May 5, 2021

**By E-Filing and Overnight Mail**
Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
Chambers N 631
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *He v. China New Star Restaurant, Inc, Et Al.*, 19-CV-05907 (PKC) (CLP)

Dear Judge Chen:

This office represents Plaintiff Yong Xiong He in the above-noted case.

Pursuant to Your Honor's Rule 1.D., we enclose a courtesy copy of a letter with exhibits which was filed on May 5, 2021. The letter provides, pursuant to this Court's Order of April 27, 2021, a list of the witnesses Plaintiff expects to call at the Court hearing scheduled for May 14, 2021 at 2 p.m. as well as expected subpoenas.

Respectfully submitted,

/s/ Michael L. Winston
Michael L. Winston
Jessica E. Harris
GLADSTEIN, REIF & MEGINNISS, LLP
39 Broadway, Ste. 2430
New York, NY 10006
(212) 228-7727
mwinston@grmny.com
jharris@grmny.com

cc:    Magistrate Judge C. Pollak (by ECF)
       Counsel for All Parties (by ECF)
       Kristy Ling Feng Li (by Overnight Mail)
       Deputy Randy Alvarado; Office of the Sheriff of the City of New York (by Overnight Mail)